UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. SCOTT SULLIVAN AND<br>DR. MICHELLE COOPER | CIVIL ACTION |
| VERSUS | NO. 06-0004 |
| STATE FARM FIRE AND CASUALTY INSURANCE<br>COMPANY AND F.J. DENNIS | SECTION "K" (1) |

## ORDER

A hearing was held on August 23, 2006 to discuss defendant State Farm Fire and Casualty Insurance Company's Rule 12(c) Motion to Dismiss Amended Complaint (Rec. Doc. No. 49) and defendant F. J. Dennis's Rule 12(c) Motion to Dismiss (Rec. Doc. No. 47). For the reasons stated orally on the Record,

**IT IS ORDERED** that plaintiffs' claim brought pursuant to the so-called Valued Policy Law," La. Rev. Stat. Ann. 22:695 is hereby **SEVERED** from plaintiffs' other claims and is hereby **DISMISSED without prejudice.**

**IT IS FURTHER ORDERED** that defendant State Farm Fire and Casualty Insurance Company's Rule 12(c) Motion to Dismiss Amended Complaint (Rec. Doc. 49) is hereby **GRANTED** as to all of plaintiffs' other claims against State Farm.

**IT IS FURTHER ORDERED** that defendant F.J. Dennis's Rule 12(c) Motion to Dismiss (Rec. Doc. No. 47) is hereby **DENIED**, and plaintiffs' claims are hereby **REMANDED** to Civil District Court for the Parish of Orleans, State of Louisiana, pursuant to 28 U.S.C. § 1332.

New Orleans, Louisiana, this 31st day of August, 2006.

                        STANWOOD R. DUVAL, JR.
                        UNITED STATES DISTRICT JUDGE